UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 25CF002805AMB.

Jean Gerbir - Angervil
(Write the full name of the plaintiff)

vs.

_____

FILED BY MC D.C.

JUL 18 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jean Gerbir - Angervil
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A.  Plaintiff: Jean Gerbir - Angervil

    Address: Palm Beach County Main Detention Center

    Inmate/Prison No.: #0329208

    Year of Birth: 1987    (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B.  Defendant: N/A          Defendant: N/A

    Official Position: N/A     Official Position: N/A

    Place of Employment: N/A   Place of Employment: N/A

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I was Wrongfully Arrested On 4/10/2025 In Palm Beach County false Impriment.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I would like for the Court to refund me back my bond money Back. And pay me for Bills that are back up behind. An dismiss this Charge that I am bein Held on for no reason

## IV. Jury Demand

Are you demanding a jury trial? ✓ Yes ___ No

Signed this __14__ day of __July__, 20__25__

_____[signature]_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __7/14/2025__

_____[signature]_____
Signature of Plaintiff

Jean G. Angervil #05212808
S4C#
P.O. Box 24716
West Palm Beach, Florida 33416

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Legal Mail

JUL 18 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
REC'D BY _____ D.C.

Attention:
This Letter Originates From The Palm Beach
County Facility Inmate Mail Its Uncensored
The Sheriff Cannot Assume Responsibility
For Its Contents